**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Javier Romero, | ) |
| | ) |
| Plaintiff, | ) |
| | )     Case No. 24-CV-2175 |
| v. | ) |
| | ) |
| The Village of Alsip, and Alsip | ) |
| Police Officers T. Jusino, and | ) |
| V. Gonzalez, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024, I electronically filed ***Defendants' Motion for Judgment on the Pleadings*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Edward M. Fox
Garrett Browne
Ed Fox & Associates
efox@efox-law.com
gbrowne@efoxlaw.com

By:     *s/Lance E. Neyland*
        One of Defendants' Attorneys
        Lance E. Neyland, #6331171
        IFMK Law, Ltd.
        650 Dundee Road, Suite 475
        Northbrook, Illinois 60062
        T: (847) 291-0200
        F: (708) 621-5538
        E: lneyland@ifmklaw.com

1